UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

          Plaintiff,

-against-

CITY OF NEW YORK (HRA), *et al.*,

          Defendants.

19-CV-8936 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 12, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  November 12, 2019
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge